Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2022 JUL -5 P 4:39
CLERK Asbell
SO. DIST. OF GA.

GRANT PARKER SHUMANS

Case No. _____
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ✔ Yes ☐ No

CV222-062

-v-

DAVID L. SHUMANS M.D., DR. RONALD MOSLEY, THE SATILLA RURAL ELECTRIC MEMBERSHIP

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Grant Parker Shumans |
| Street Address | 1423 Graham Zoar Rd. |
| City and County | Baxley    Appling |
| State and Zip Code | Georgia    31513 |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | David L. Shumans |
| Job or Title *(if known)* | Family practice |
| Street Address | 1423 Graham Zoar Rd. |
| City and County | Baxley   Appling |
| State and Zip Code | Georgia   31513 |
| Telephone Number | 912 3393821 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ronald Mosley |
| Job or Title *(if known)* | oral & Maxillofacial surgery |
| Street Address | 310 Maple Dr. |
| City and County | Vidalia   Toombs |
| State and Zip Code | Georgia   30474 |
| Telephone Number | (912) 537-4119 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The Satilla Rural Electric Membership |
| Job or Title *(if known)* | Electric utility |
| Street Address | 928 Ga-32 |
| City and County | Alma   Bacon |
| State and Zip Code | Georgia   31510 |
| Telephone Number | (912) 632-7222 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 §§ U.S.C 1589, 1590, 1591, 1592, 1593A, 1594, and 1595, Trafficking Victims Protection Act of 2003, First Amendment, Fourth Amendment, Thirteenth Amendment, Victims of Trafficking and Violence Protection Act of 2000,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Four billion dollars. If i wasn't dumbed down at 13 i would be the CEO of google right now.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$55,000,000 for the Defendants virtually enslaving, trafficking, and torturing me since the age of 13 under TVPA and TVPRA. I could have been the Ceo of Google if not for the Defendants selfish act of virtually beheading me and turning me into the house drag queen, child prostitute, and sex slave. The Defendants have personaly advanced there careers at the expense of mine by harvesting and selling my energy . $55,000,000 for intentional infliction of emotional distress by sending me threatning messages of bodily harm if I were to seek help from this court for the last 20 years. $55,000,000 for REMC's continual torture of me through loud rings, base sounds or hearings in my ear for the last 20 years. Look, all of these actions ISIS relevant under TVPA and TVPRA

$55,000,000 for violation of my 13th, 1st, 4th, and 14th Amendment Constitutional rights. The Court's immediate consideration of an injunction to stop the ongoing electronic torture, rape, abuse, and emotional trama inflicted by the Defendants and their Satanic owl god of pain.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/05/2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Grant Parker Shumans

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

### III. STATEMENT OF CLAIM

Plaintiff Grant Parker Shumans files this complaint against Defendants David L. Shumans M.D., Dr. Ronald Mosley, and The Satilla Rural Electric Membership Corporation (hereinafter REMC)

This case arises under the Victims of Trafficking and Violence Protection Act of 2000(hereinafter "TVPA") 18 §§ U.S.C 1589, 1590, 1591, 1592, 1593A, 1594, and 1595. And the Trafficking Victims Protection Act of 2003 (hereinafter "TVPRA"), 22 U.S.C. § 7101 et seq.

1. Plaintiff Grant Parker Shumans is a victim of child sex trafficking, human trafficking, imprisonment against his will, and mental abuse. In or around 2003, at the age of thirteen, I was implanted with a device similar to the ones veterinarians use in animals by my dad Defendant David L. Shumans M.D. to make me obey the commands and wishes of my clients'. There was a spider web in my High school JV football locker room and its bite has wasted twenty years of my life. I thought I killed it but it bit me on my right knee and eventually led to a fifty-five-day staph infection. During the operation he placed an electronic torture device next to the Saphenous nerve in my knee. My attention span, academic performance, hearing, and overall problem-solving abilities were greatly impacted. It almost caused me to become chemically castrated and was intended to turn me into a submissive child prostitute for my clients. It is plaguing me with torturous messages right now, so please excuse the sloppy typing. During my twenty years of exploitation my fellow rival players have benefitted directly benefitted through my suffering. I have finally realized I'm being virtually trafficked by a human sacrificing Satanic cabal that feeds on my energy. This is what is known as "memory therapy" or electronic community gang stalking. The Satanists get sexually aroused when they harvest the energy and potential of an innocent highly intelligent teenager. See *Carl v. Peterson et.al. Southern District of*

\

*Texas, Houston Division Case No. H-95-661.* Little did I know this operation was just the groundwork for another sinister operation preplanned for me at 15 years of age.

2. In 2004 at fifteen, I was taken to Vidalia. Ga (close to Uvalda) by my mother Judy A.D. Shumans (casualty of human sacrifice) and girlfriend Erin Graham to get my wisdom teeth extracted by Dr. Ronald Mosley. While there, he implanted another kinky torture sex device in the inferior buccal region of my mouth while incapacitated that was not consented to and was unwanted. This technology is able to tap into the electrical signals of the eye and transmit virtual reality live stream video. I feel so betrayed. This is what is known as a high school "drag Queen" "queen bee" or more commonly known as a "beheading". This beheading brought about a DeFacto state of Sharia Law for me. The prevailing wisdom is that after this horrific "beheading" takes place, an ungracious death sentence gets programmed into the simulation, or maybe a Jesus v Muhammad v Satan scenario? I have experienced much hurt and pain because of selfish self-obsessed religious extremist nut jobs who are colluding through government policies. The above example is also known as "hiving" children or hive think. Dr. Mosley is directly liable for of violating the TVPA, TVPRA, and my Fourth Amendment and First Amendment Constitutional right to privacy and religion. I wish to have a private relationship with the God of my choice after 2036.

3. I (the Plaintiff) am currently being tortured, trafficked, unlawfully confined, financially exploited and tortured in the advancement of the (ouch or owl) god of Human trafficking through REMC powerlines. They are enhancing shareholder value at my expense. They sexually molest and rape me every night trough power line communication "PLC" and "Landis" Meters and "Lap Top" transformers through the Hunter nerve in my leg. I am one hundred percent positive they torture me because when I started grounding the DC current on the neutral wire my mind started to clear from the medically, induced, coma. I am wondering how sick the people are who get pleasure from watching a victimized child struggle with a smile-creepy! It is worse than the zealot "JV" ISIS terror videos that are seemingly endorsed and funded by our government. All of this torturing is input remotely into my leg and it locks me down so my clients can rape me the "server" and financially benefit from implant in my right knee which dumbs me down so the private and not so private images from my eyes can be live streamed. The

2

competitor players are planning on lynching me to steal all Eve worked hard for over the last 30 years to enslave the world by implementing worldwide Sharia law. They thieves would not think twice before Blackmailing or Ruining the careers of people that were simply following GOVERNMENT guidelines. The control freaks in government punish and ruin them for something as simple as running a red light. I'm trying to sign legal immunity for them and free the slaves! My direct competitor plans on becoming President through criminal Blackmail? Who would vote for that extremist *Notebook* ideology?  One percent want to continue to enslave and murder the other eighty percent. I think That This Court has an obligation to send legal immunity clauses for me to sign for Hollywood and its actors. Competent counsel needs to be appointed under the Federal Rules of Civil Procedure Rule 15 so this mockery and charade can be put to bed. America and its prestigious institutions have had enough of senseless happy hour and kid games—a sustainable free world is rooted in unbiased laws and compromise. Because my fourteenth Amendment rights to due process has been violated competent counsel is warranted under FRCP fifteen-even if the erroneous and unconstitutional violations are never found. I plan on removing the torture devices and keeping the... Anyway, all the above mentioned is a violation of the TVPA , TVPRA and the Constitution.

4.The TVPA creates civil liability for people who commit trafficking and trafficking-related offenses, including those offenses enumerated in 18 U.S.C. §§ 1589, 1590, 1591, 1592, 1593A, 1594 and 1595. These offenses include: forcing someone into labor or sexual services; knowingly benefitting from such forced labor or services; confiscating someone's driver's license or other governmental document with the intent of keeping that person captive for purposes of forced labor; recruiting or harboring a person for labor or services against their will, especially if those actions include sexual abuse; attempting to commit these trafficking offenses; conspiring to commit these trafficking offenses; and benefitting financially from trafficking.

5. I'm almost positive that my upper right front tooth has been capped or implanted with a root canal device. This would explain the superior and inferior

messages that constantly flood my head. I am almost positive this is an "Amen" kind of love. I am a victim of community stalking by electronic means in the advancement of child and human trafficking, which falls under TVPA.

6. Each of the Defendants benefitted financially and/or received something of value from the exploitation, forced sexual services, and forced labor of the Plaintiff by the clients or their providers. Dr. David L. Shumans, Ronald Mosely, and Satilla REMC Utility cooperative have either benefited from policies or increased shareholder value for the energy cooperative.

7. 15. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action arises under a federal law, 18 U.S.C. § 1595(a).

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred in the Southern District of Georgia under the Trafficking Victims Protection Act.

4. The TVPA expressly allows civil recovery both against the perpetrator of the crimes and against others who knowingly benefit from those crimes. See 18 U.S.C. § 1595(a).

9. Defendants Dr. David L. Shumans, Dr. Ronald Mosley, and REMC conceived of and executed a scheme to virtually traffic the Plaintiff as a forced prostitute early 2003 to 2005 and the abuse is ongoing. The Defendants fraudulently enticed the Plaintiff and held him hostage there for an extended period of time. They physically, sexually, mentally, and verbally abused the Plaintiff and repeatedly raped him. After wearing down his defenses with violence, abuse, drugs, and starvation, the Defendants told the Plaintiff that he would be forced to work as a prostitute under their control. They repeatedly told the Plaintiff he was crazy and that he should kill himself or Dr. "Amen" would discipline me.

10. I am in a video game or what is better known as a simulated reality or simulation theory. The Defendant's are all conspiring and abusing me electronically. This is painful to talk about because no one has told me a thing and all has been learned through coding-imagine the abuse. The defendants and I speak different languages and I've spent the last 30 years learning the code. It is a

constant struggle because learned material gets erased by virtual rapists. I get extremely agitated when someone tells me that I don't have a case or am crazy-especially after years of trial and error. I'm just trying to exercise article 3 instead of article 5 of TVPA. Now I know to exercise and keep my distance from power sources-help!

11. Defendant David L. Shumans is holding me captive against my will as we speak with the Aid of REMC. I need the court to ACT NOW. He is one of the "doctors" who conducts electronic psychological operations in coordination with a Satanic group who harass, molest, and have already executed two of my family members for their wills. The simulated actors are so fake they are now torturing and killing puppies in an attempt to affect my mental state-talk about intentional infliction of emotional distress. He falsely told me that he illegally sold my condominium so I would be back under his control and stop exercising. It makes me physically sick to realize that companies hive children for free advertising all the while making their lives a living hell. When the little ones realize they are living in a simulation or game, the corporation hunts them down and butchers them with no more respect than an animal-I will continue my thoughts. The only other example in history I can think of as equally barbaric is those taken by the Nazis eugenicists in WW2. Good luck on palatable product branding and campaign marketability to the masses. All of this is done while mooching off of the dime of the AMERICAN taxpayer, they deserve to know why and how their money is being spent. The average person is struggling from seventeen percent real inflation (because of the Simulation)- excuse me being political-while the controllers of the game talk down to me and the everyday person as if we are second-class citizens or cattle. Who is funding who? Emotional distress and punitive damages are warranted under TVPA and TVPRA.

12. The Eletric grid was used to implant self-harming satanic messages in my head. After conducting research on this matter, I've found this has happened many times to people and I'm not crazy. It's called brainwashing, false memory, repressed memory abuse, and psychotherapy. I guess once a doctor hives you to help create Twitter and Facebook, public interaction could compromise the business model. Resolving uncertainty will be beneficial for their long-term business model. I am trying to sign legal immunity for them and everyone else

after a small fee in very limited circumstances. I am going to build a RF shielded house.

13. The Georgia Department of Public Safety violated my Fourteenth Amendment right by illegally confiscating my CDL license to return me to sex slavery in collusion with the pedophilic original actions undertaken by the Defendants and is in direct violation 18 U.S.C § 1593A. I don't have a name of the person in the GDPS who perpetrated this unconstitutional act. I'm waiting on a final ruling in a separate but related case. The Eleventh Amendment doesn't give a state agency the right to participate in sex slavery or advance the cause of illegal child sex trafficking rings. I don't know if immunity under TVPA is the same as 1983? Regardless, all immunity should be stripped from Federal and state employees who consciously continue furthering the interests of human traffickers and pedophiles over child victims moving forward.

14. The Plaintiff seeks compensatory and punitive damages under 18 U.S.C. § 1595(a) from all Defendants, jointly and severally.

15. This Court has personal jurisdiction over Defendants because their principal place of business, and my House, is located in the Southern District of Georgia, and its conduct giving rise to Plaintiff's claims took place in the Sothern District of Georgia.

!6. The Books Second Sight, Lost Girls, Last Breath, 18 seconds, and Rattleman by George Shuman and sherry Moore should be investigated in the discovery phase for possible limited TVPA liability. This could be direct evidence that I'm being illegally held against my will, tortured, and trafficked. The truth is the only way healing can begin is a confidential resolution that helps the victim "me" who was abused by a gang of Satanic pedophiles. Those who repent should be forgiven due to the outcomes of simulation theory.

17. REMC is continually torturing me through my ear with ringing and base sounds or "hearings" at my house and suck my energy from my body to isolate me from society. This is a common tactic employed by human traffickers. My life is in danger by Satanic killers who hunt people and practice human sacrifice for sport. This Court needs to ACT.

## CONCLUSION

The denial of my Constitutional rights is purely political by opportunists trying to continue their online subscription-based exploitation of me. They want to continue pushing an Unconstitutional Blackmail scheme to enslave the population for their own inflationary benefit. I am proposing an alternate to this dark future that would benefit the common interests of the American people. Legal immunity should be freely given to those who choose to no longer virtually rape, molest, and torture me. There are only five individuals and the Federal Government who should face legal repercussions in my opinion. The only rational inference from here that would be left to draw is nefarious actors with a personal interest are trying eliminate for financial and political gain and I would need to act accordingly. Forgive the sloppy grammar, punctuation, and sentence structure of this complaint, I'm still struggling against the IQ degrading devices placed inside my pre-teen body. My education and innocence were hijacked by religious extremists.

*[Signature]*      7-5-22