# In the United States District Court for the Southern District of Georgia Brunswick Division

GRANT PARKER SHUMANS,

    Plaintiff,

v.

THE SATILLA RURAL ELECTRIC MEMBERSHIP,

    Defendant.

CV 2:22-062

**ORDER**

Plaintiff Grant Shumans initiated this action on July 5, 2022. See Dkt. No. 1. On August 5, 2022, Defendant Satilla Rural Electric Membership timely moved to dismiss the Complaint. Dkt. No. 5. On August 19, 2022, Plaintiff filed an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. No. 8. As a result, on August 23, 2022, the Court denied Defendant's motion to dismiss as moot. Dkt. No. 10. Defendant then renewed its motion to dismiss on August 30, 2022. Dkt. No. 12. On April 26, 2023, the Court denied Defendant's motion to dismiss and provided Plaintiff an opportunity to amend his complaint within twenty days. Dkt. No. 28 at 6-7. The Court warned Plaintiff that his failure to timely file a second amended complaint "will result in dismissal of this action." Id. at 7. Plaintiff has neither filed a second amended complaint nor a motion

for extension of time to respond, and the time for doing so has passed. Therefore, in accordance with the Court's prior Order, this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 22 day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA