AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GRANT PARKER SHUMANS,

    Plaintiff,

v.

THE SATILLA RURAL ELECTRIC MEMBERSHIP,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 222-cv-062

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Orders of this Court dated April 26, 2023 and May 22, 2023, Plaintiff's claims are dismissed without prejudice. This case stands closed.

Approved by: *[signature]*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 23, 2023

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020